RECEIVED
JAN 2 4 2011
TONY R. MOORE, CLERK
BY_____
   DEPUTY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| LERONE JAMES MOORE | CIVIL ACTION NO. 09-1926-P |
| VERSUS | JUDGE STAGG |
| STATE OF LOUISIANA, ET AL. | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, in chambers, at Shreveport, Louisiana, on this 24th day of January 2011.

TOM STAGG
UNITED STATES DISTRICT JUDGE